FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Gregory Joseph Perriero Jr.
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. **22-274**

versus

Jefferson Parish Correctional Center

SECTION

**SECT.EMAG.5**

Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

COMPLAINT

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

**TENDERED FOR FILING**

FEB 0 4 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

    Plaintiffs  _____

    _____

    Defendants  _____

    _____

2.  Court (If federal court, name of the district court; if state court, name the parish.) _____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

    _____

5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: Jefferson Parish Correctional Center

A.  Is there a prisoner grievance procedure in this institution?
    Yes (✓)   No ( )

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)   No ( )

C.  If your answer is "yes",

    1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.  1-26-22

2

_1-26-22 (Grievance is still pending)_

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____

_____

_____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) __Gregory J. Perriera JR__
Prisoner Number __504-408-7923__
Address __4546 Hickerson Dr. New Orleans La 70127__
Date of Birth __04-24-1986__
Date of Arrest __07-15-17__
Date of Conviction __In jail still awaiting trial__

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

C.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

D.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

E.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

F.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

G.  Defendant _____ is employed as _____

   _____ at _____

   Address for service: _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 1-25-22 I told deputys at J.P.C.C. that I couldn't go on pod 3DR because I had several enemies on that pod and couldn't be moved over there because I would get jumped. I only knew two of the inmates names and told them the names of the inmates. Classification then told me I still had to go on the

pod 3DR despite me having enemies several enemies on 3DR. When (a cont.)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the court to file a lawsuit against Jefferson Parish Correctional Center for putting my life in danger despite me telling them I had enemies several enemies on pod 3DR. I suffered from stab wounds and mutiple blows to the head and I now suffer from migraine headaches as a result from several blows to my head. I also lost $200.00 worth of commissary items and 5 books.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 31 day of January, 20 22.

_(Signature of Plaintiff)_

10/2015

5

Continued from page 5

I arrived on 3DR I put my bags down and noticed several inmates putting their shoes on. I waited to S.I.U. officer M. Francis came on the pod and told him I wanted to move back on the 4th floor because I had enemies on 3DR. S.I.U. Francis then told me he didn't believe me because he didn't believe I had "bitch" in me. After he left approximately a hour later two inmates grabbed my commissary items and ran in the cell with it, I then went in the cell #1 to retrieve my commissary from the inmates that took it and I was ambushed in cell #1 by two more inmates and also stabbed in the neck area and on my arm. After I got jumped and stabbed I went to notify deputy Pepis that I had to leave from off pod 3DR because I got jumped and stabbed by 4 inmates. I was then removed from pod 3DR and sent to the medical department. The deputys retrieved most of my books back but none of my commissary items was returned. I lost $200 worth of commissary and also 5 books that was never returned and suffered from multiple stab wounds.



Gregory S. Perriera Jr
#1000805959
P.O. Box 388
Gretna, La 70053

New Orleans 701
TUE 01 FEB 2022 PM

Clerks Office
United States District Court
Eastern District of Louisiana
500 Poydras St
Room C-151
New Orleans, La 70130

MAIL UNCENSORED
JEFFERSON PARISH
CORRECTIONAL CENTER. NOT
RESPONSIBLE FOR CONTENTS