Gregory Joseph Perniciaro, Jr.

Versus

Jefferson Parish Correctional Center

Civil Action

No. 22-274

Section E (5)

*FILED APR 04 2022 — CAROL L. MICHEL, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

Names of defendants:

Joseph Lopinto III

Chief Sue Ella Monfra

Service address for each defendant:

Joseph Lopinto III - 1233 Westbank Expressway Harvey La 70058

Sue Ella Monfra - 100 Dolhonde St. Gretna La 70053

TENDERED FOR FILING

APR 04 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

The short and plain statement of claim with supporting facts for each defendant:

There is a policy in place at the Jefferson Parish Correctional Center which prohibits inmates from choosing a pod that they would feel most safe on that put my life and safety at risk. Sheriff Joseph Lopinto and Chief Sue Ella Montra are the two people who control and enforce the policies in this facility.

On 1-25-22 I told deputy Ms. Locke in the central control booth that I had several enemies on pod 3dr and I could not go on that pod because I would be attacked or jumped by several inmates on that pod. I was then told by deputy Ms. Locke that they moved two inmates that I named and I would still be moved on pod 3dr. I then told deputy Ms. Locke that I still had several enemies on the pod I just didn't know their full names to tell them who they was and I would still be harmed if I went on pod 3dr. I then told the deputy who works with classification Ms. Watkins while I was in a holding cell on the 2nd floor North Wing that I could go anywhere on the 4th floor or 4C because I felt most safe on 4C, or they could move me back on 3br or 3bl where I had no enemies. Deputy Ms. Watkins then told me that the policy in J.P.C.C. is inmates can't dictate where they want to be housed and I would still be moved to pod 3dr despite me having several enemies on that pod. I was then moved on pod 3dr by the classification department and a couple of hours later I got jumped by 5 inmates and was also shanked with a home-made shank in the arm and neck area. My commissary was also stolen along with all my books. The deputys and ranking officers then came and removed me from pod 3dr and recovered most of my books with my name in them but none of my commissary was recovered

I was told because my name wasn't on my commissary items. I was then brought to the medical department to be seen for injuries.

Gregory Perriera
#1000205959
P.O. Box 388
Gretna, La 70053

NEW ORLEANS LA 700
1 APR 2022 PM 2 L

United States District Court
Eastern District of Louisiana
500 Camp St.
New Orleans, La 70130

70130-330200

MAIL UNCENSORED
JEFFERSON PARISH
CORRECTIONAL CENTER, NOT
RESPONSIBLE FOR CONTENTS