

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 22 2022

CAROL L. MICHEL
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Gregory Joseph Perriera SR.

Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

Jefferson Parish Correctional Center
Sheriff Joseph Lopinto
Chief Sue Ella Montra
Sgt. Silbernagel

Print the full name of all defendants in this action.
DO NOT WRITE et al.

CIVIL ACTION

NO. 22-0274

SECTION E (5)

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

TENDERED FOR FILING

APR 22 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: Jefferson Parish Correctional Center

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. 1-26-22

2

2202013

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? Yes appeal is still pending

D. If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) Gregory Joseph Perriera SR
Prisoner Number 1000205959
Address 4619 West Metarie Ave Metarie La 70001
Date of Birth April 24 1986
Date of Arrest July 15 2017
Date of Conviction March 21 2022

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant __Joseph Lopinto__ is employed as __Jefferson Parish Sheriff's office Sheriff__ at __Jefferson Parish Sheriffs office__
Address for service: _____

C. Defendant __Sue Ella Montra__ is employed as __Jefferson Parish Correctional Center Chief__ at __100 Dolhonde St Gretna La 70053__
Address for service: __100 Dolhonde St Gretna La 70053__

D. Defendant __Sgt. Silbernagel__ is employed as __Classification Sergeant__ at __Jefferson Parish Correctional Center__
Address for service: __100 Dolhonde St Gretna La 70053__

E. Defendant __Sue Ella Montra__ is employed as __Chief/Warden__ at __Jefferson Parish Correctional center__
Address for service: __100 Dolhonde St Gretna La 70053__

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On January 25, 2022 I told deputy Ms. Locke and deputy Ms. Watkins that I had enemies on pod 3DR and I couldnt go over there because I would get jumped by several inmates. Ms. Locke and deputy Ms. Watkins told me that I still had to go over there

4

Continued from page 5

I then pleaded with deputy Ms. Watkins and deputy Ms. Locke to please don't move me on pod 3DR because I feared for my life and most likely would get jumped by the inmates on 3DR but they refused to listen to me and disregarded my request for my own safety. They told me the people over the classification department thought I was lying and I can not dictate to where I am going to be housed because I am an inmate. So they forced me to go on pod 3DR and a few hours after on pod 3dr I was jumped and stabbed in my arm and neck area by several inmates and my books and commissary was stolen. After being jumped, stabbed and robbed I told deputy Mr. Pepis what happened and he then called for me to be removed from pod 3DR.

because classification said I had to go over there despite me having several enemies on pod 3DR.

V. **Relief** (Continued)

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I need the court to sue Sheriff Joeseph Lopinto, Chief Sue Ella Monfra, and also Sgt. Silbernagel for putting my life in danger by putting me on a pod that I had several enemies on. I want to sue for mental anguish, pain and suffering, all of my stolen books and commissary items and for me getting stabbed in the arm and in the neck area.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 17 day of April, 2022.

Gregory Perrien
(Signature of Plaintiff)

04/2006

5



Gregory J. Perriera Jr
#1000205959
P.O. Box 388
Gretna, La 70053

United States District
Court Eastern District of
Louisiana
500 Camp St
New Orleans La 70130



MAIL UNCENSORED
JEFFERSON PARISH
CORRECTIONAL CENTER. NOT
RESPONSIBLE FOR CONTENTS